No. 71–6129.   McDonnell v. Wolff, Warden, et al.; and

No. 71–6479.   Williams v. California.   Motions for leave to file petitions for writs of habeas corpus denied.

No. 71–6362.   Daye et al. v. Larkins, Judge, et al.; and

No. 71–6480.   Tilli v. Davis et al.   Motions for leave to file petitions for writs of mandamus denied.

No. 71–1031.   Tonasket v. Washington et al.   Appeal from Sup. Ct. Wash.   Probable jurisdiction noted.

No. 71–1069.   Associated Enterprises, Inc., et al. v. Toltec Watershed Improvement District.   Appeal from Sup. Ct. Wyo.   Probable jurisdiction noted.

No. 70–279.   United States et al. v. Florida East Coast Railway Co. et al.   Appeal from D. C. M. D. Fla.   Probable jurisdiction noted.   Mr. Justice Powell took no part in the consideration or decision of this matter.

No. 71–1222.   Sugarman, Administrator, New York City Human Resources Administration, et al. v. Dougall et al.   Appeal from D. C. S. D. N. Y.   Motion of appellees for leave to proceed in forma pauperis granted.   Probable jurisdiction noted.

No. 71–1304.   Bradley et al. v. United States. C. A. 1st Cir.   Certiorari granted.